# EXHIBIT

# 1

 **CT Corporation**

**Service of Process Transmittal**
09/09/2020
CT Log Number 538222028

**TO:** Dave McGee, Operations Manager
U-Haul International, Inc.
2721 N CENTRAL AVE
PHOENIX, AZ 85004-1127

**RE:** **Process Served in Missouri**

**FOR:** U-Haul Company of Missouri  (Domestic State: MO)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Johnnie Finley, Pltf. vs. Darren Fullerton, et al., Dfts. // To: U-Haul Company of Missouri |
| **DOCUMENT(S) SERVED:** | Summons, Petition |
| **COURT/AGENCY:** | Oklahoma County - District Court, OK<br>Case # CJ20204139 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 08/17/2019 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Clayton, MO |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/09/2020 postmarked on 09/04/2020 |
| **JURISDICTION SERVED :** | Missouri |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Andrew Polchinski<br>Law Offices of Daniel M. Davis<br>300 N. Walnut Avenue<br>Oklahoma City, OK 73104<br>405-235-4000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/10/2020, Expected Purge Date: 09/20/2020 |
| | Image SOP |
| | Email Notification, Meg Grove  meg_grove@uhaul.com |
| | Email Notification, Marsha Evans  marsha_evans@uhaul.com |
| | Email Notification, Dave McGee  Dave_Mcgee@uhaul.com |
| | Email Notification, Malinda Sutter  malinda_sutter@uhaul.com |
| | Email Notification, Valerie Penuelas  Valerie_penuelas@uhaul.com |
| | Email Notification, Lance Arnott  SOPVerification@wolterskluwer.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 CT Corporation

**Service of Process Transmittal**
09/09/2020
CT Log Number 538222028

**TO:**   Dave McGee, Operations Manager
U-Haul International, Inc.
2721 N CENTRAL AVE
PHOENIX, AZ 85004-1127

**RE:**   **Process Served in Missouri**

**FOR:**   U-Haul Company of Missouri  (Domestic State: MO)

Dallas, TX 75201-3140

**For Questions:**   877-564-7529
MajorAccountTeam2@wolterskluwer.com

Page 2 of  2 / RD

Information displayed on this transmittal is for CT
Corporation's record keeping purposes only and is provided to
the recipient for quick reference. This information does not
constitute a legal opinion as to the nature of action, the
amount of damages, the answer date, or any information
contained in the documents themselves. Recipient is
responsible for interpreting said documents and for taking
appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.

Law office of daniel m. davis
300 n. walnut ave
oklahoma city, ok 73104



OKLAHOMA CITY OK 730

4 SEP 2020 PM

US POSTAGE
$06.90⁹

First-Class

Mailed From 73104
09/03/2020
032A 0061828426



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7019 2970 0000 2432 1472

U-Haul Company of Missouri
C/O The Corporation Company
120 S. Central Ave.,
Clayton, MO 63105

63105-170599

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| JOHNNIE FINLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. **CJ-2020-4139** |
| DARREN FULLERTON, | ) |
| 417 MOBILE AUTO REPAIR LLC | ) |
| and U-HAUL COMPANY OF MISSOURI, | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

To the above-named Defendant:     U-Haul Company of Missouri
c/o The Corporation Company
120 S. Central Ave.,
Clayton, Missouri 63105

     You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

     Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this _____2_____ day of _____Sept._____, 2020.

RICK WARREN, Court Clerk

CLERK                              COURT

By _____
Deputy Court Clerk

(Seal)

Attorney for Plaintiff(s):
Andrew Polchinski
Law Offices of Daniel M. Davis
300 N. Walnut Ave
Oklahoma City, OK 73104
Telephone Number - (405) 235-4000

This summons was served on _____.
                         (date of service)

_____
Signature of person serving summons

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

IN THE DISTRICT COURT OF OKLAHOMA COUNTY       SEP - 2 2020
STATE OF OKLAHOMA

RICK WARREN
COURT CLERK

108_____

| | |
|---|---|
| JOHNNIE FINLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: **CJ - 2020 - 4139** |
| | ) |
| DARREN FULLERTON, | ) |
| 417 MOBILE AUTO REPAIR LLC | ) |
| and U-HAUL COMPANY OF MISSOURI, | ) |
| | ) |
| Defendants. | ) |

## PETITION

COMES NOW the Plaintiff, Johnnie Finley, and for his cause of action against the

Defendants, Darren Fullerton, 417 Mobile Auto Repair LLC and U-Haul Company of Missouri

alleges and states as follows:

1.    That Plaintiff, Johnnie Finley (hereinafter "Plaintiff") is a resident of Canadian

County, State of Oklahoma.

2.    That Defendant, Darren Fullerton (hereinafter "Defendant") is a resident of

Greene County, State of Missouri.

3.    That Defendant, 417 Mobile Auto Repair LLC (hereinafter "Defendant") is a

Domestic Limited Liability Company doing business in the State of Missouri.

4.    That Defendant, U-Haul Company of Missouri (hereinafter "Defendant") is a

Domestic General Business for Profit Company doing business in the State of Missouri.

5.    That all acts complained herein, giving rise to Plaintiff's cause of action occurred

in Oklahoma County, State of Oklahoma.  That this Court has jurisdiction of the parties hereto

and venue is proper in Oklahoma County.

6.      That on or about August 17, 2019, in the city of Oklahoma City, Oklahoma County, Plaintiff was traveling west on I-40 at or near May Avenue.

7.      That at the same time, Defendant Darren Fullerton, with a U-Haul trailer in tow, was also traveling west on I-40 at or near May Avenue when the trailer came unhitched, struck another vehicle and in turn, caused that vehicle to collide with Plaintiff's vehicle.

8.      That at all times material hereto, Defendant 417 Mobile Auto Repair LLC and Defendant U-Haul Company of Missouri were the rightful owners of the trailer and were responsible for the installation of the U-Haul trailer on Defendant Darren Fullerton's vehicle.

9.      That Defendant Darren Fullerton was negligent in maintenance of a motor vehicle and trailer which caused the collision complained of herein. Defendant Darren Fullerton failed to properly ensure the security of the U-Haul trailer to his vehicle during travel.

10.      That at all times material hereto Plaintiff was operating his vehicle in a reasonable and prudent manner.

11.      Prior to the collision complained of herein, Plaintiff was in good health with a normal life expectancy, but as a direct and proximate result of the negligence of Defendants he has sustained damages for which he is entitled to recover.

12.      Pursuant to the provisions of 12 O.S. 3226, Plaintiff submits this preliminary computation of damages sought in this lawsuit. As this is an action for injuries suffered by an adult, Plaintiff advises that all damages recoverable by law are sought, including those listed in OUJI 4.1. Under item (I) Plaintiff's lost income incurred to date is presently unknown. Under item (K), Plaintiff's medical expenses incurred to date is approximately $21,526.68. Plaintiff anticipates he will incur future medical expenses in an unknown amount.  These items are among the elements for the jury to consider.

    a.  Temporary and permanent physical injuries;

    b.  Past and future medical expenses;

    c.  Past and future mental and physical pain and suffering associated with and due to the physical injuries received in the collision;

    d.  Permanent and disabling physical injuries and limitations;

    e.  Loss of past and future earning capacity; and

    f.  Other damages to be set forth after discovery.

13.    Accordingly, Plaintiff is entitled to actual damages for Defendants' negligence and reckless conduct.

**WHEREFORE**, Plaintiff prays for an award of actual damages in excess of $10,000.00 against Defendants, Darren Fullerton, 417 Mobile Auto Repair LLC and U-Haul Company of Missouri for the acts and omissions referenced above; plus any costs, attorney fees, interest and further relief allowed under governing law.

Andrew Polchinski, OBA #33765
Ryan Polchinski, OBA #31869
Law Offices of Daniel M. Davis
300 N. Walnut Ave
Oklahoma City, Oklahoma 73104
Telephone: (405) 235-4000
Facsimile:  (405) 235-4954
andrew@dandavislaw.com
**ATTORNEY FOR PLAINTIFF**

**ATTORNEY LIEN CLAIMED**